**UNITED STATES DEPARTMENT OF EDUCATION – OFFICE FOR CIVIL RIGHTS**

**FORMAL CIVIL-RIGHTS COMPLAINT**
 *(Title IX, Section 504 of the Rehabilitation Act, Title II of the ADA, and Retaliation)*

## COMPLAINANT

**Patrick J. Mika**
 R-Number R01266535
2655 Boyd Ave., Melbourne FL 32935-2741
Phone | 321-423-4958    •    E-mail | pmika@rollins.edu / patrick.mika4587@gmail.com

## RESPONDENT

**Rollins College**
 1000 Holt Avenue, Winter Park FL 32789

## FEDERAL FILINGS

Civil-Rights Division (DOJ) record no.: **613710-FWG** (submitted May 21 2025)
U.S. DOE-OCR electronic complaint submitted (May 2025) – case number pending

## INSTITUTIONAL MATTERS AT ISSUE

**Rollins Title IX Case:** No. 20240936 (Notice of Allegations dated Apr 2 2025)
**Emergency Removal / Interim Administrative Hold:** Issued Mar 10 2025
**Suspension Letter:** Dated May 20 2025

*NATURE OF THE COMPLAINT*

This complaint alleges that Rollins College:

**Denied due-process protections** by imposing an emergency removal without the required individualized risk analysis, advance notice of specific allegations, or an opportunity to be heard, in violation of 34 C.F.R. § 106.44(c). EXHIBIT B - ERO

**Denied equal access to education** by blocking class attendance and assessments and offering no remote or alternative means of academic participation.

**Discriminated on the basis of disability** (Autism Spectrum Disorder) by failing to engage in an interactive process or provide reasonable accommodations during investigative proceedings. EXHIBIT P - ADA FORMAL ...

**Relied on unlawfully obtained evidence** (secret audio recording in a two-party-consent state) while suppressing exculpatory police footage and statements.

**Applied policies selectively and retaliatorily**, charging the Respondent alone while excusing materially similar conduct by other students.

## RELIEF REQUESTED

Immediate rescission of the emergency removal and related "Interim Administrative Hold."

Restoration of academic standing and opportunity to complete missed coursework/exams.

Development and implementation of ADA-compliant accommodation protocols in Rollins' Title IX processes.

Institution-wide corrective action, monitoring, and training to ensure future compliance with Title IX, Section 504, and the ADA.

## SUPPORTING EXHIBITS (attached)

A. Notice of Allegations & Investigation Letter (Apr 2 2025)

B. Emergency Removal / No-Contact Orders (Mar 10 2025) EXHIBIT B - ERO

C. Preliminary Evidence Packet (May 1 2025) EXHIBIT C - PRELIMINARY...

D. Redactions & Objections to Evidence Report EXHIBIT D - REDACTIONS ...

E. Respondent's Written Response to Evidence Packet EXHIBIT E - RESPONSE TO...

F. Final Investigation Report (May 27 2025) Rollins Final report - ...

G. Emergency-Removal Appeal & Dean's Denial

H. Academic Suspension Letter & Response (May 2025)

I. DOJ Civil-Rights & DOE-OCR Complaint Filings (May 2025)

(J–P) Additional correspondence, witness statements, police reports, and recordings as referenced in the Index of Exhibits.

**Prepared and submitted by:**

Patrick J. Mika    |    June 18 2025 (Eastern Time)

| Ex. | Title | Date (mm/dd/yy) | Brief Description | Status |
|---|---|---|---|---|
| A | Master Timeline of Events | [06/18/25] | Chronological summary of all key Title IX, ADA, and disciplinary actions (with citations). | In possession |
| B | Emergency Removal Order ("ERO") | [03/10/25] | Official Title IX removal notice. | In possession |
| C | Preliminary Evidence Report | [05/01/25] | Initial investigatory report prepared by D. Stafford & Associates (screenshots, citations, metadata). | In possession |
| D | Redacted Passages from Exhibit C | [05/02/25] | Lines Rollins withheld from Exhibit C because they reference the ERO. | In possession |
| E | Mika Response to Preliminary Evidence Review | [05/09/25] | Written objections to Exhibit C's handling, omissions, and redactions. | In possession |
| F | Consensual Recording – F. Oztan | 03/10/25 | Audio file + certified transcript of consensual conversation cited by Rollins. | In possession |
| G | Secret Recording (alleged illegal audio) | [03/09/25] | Audio obtained without consent; central to wiretap & due-process claims. | In possession |
| H | WPPD Body-Cam Interview – Mika Only | [03/09/25] | Body-cam footage of Winter Park Police interview inside campus security building. | Placeholder – Requested |
| I | WPPD Body-Cam Interview – Mika & M. Borchers | [03/10/25] | Second body-cam segment involving Mika and the complainant. | Placeholder – Requested |

| | | | | |
|---|---|---|---|---|
| J | Academic Suspension Letter | [05/20/25] | Official notice of suspension following Title IX process. | In possession |
| K | Email & Letter Correspondence with Rollins Mika | [03-06/25] | Compiled communications (03/09/25 – present). | In possession |
| L | Response to Suspension Rollins | [05/21/25] | Formal rebuttal to Exhibit J. | In possession |
| M | Decision on ERO Appeal Mika | [03/14/25] | Written denial of Mika's ERO appeal. | In possession |
| N | Appeal of Emergency Removal Order | [03/10/25] | Original appeal letter and attachments. | In possession |
| O | OCR Complainant Consent Form | [05/21/25] | Consent authorizing OCR investigation. | In possession |
| P | ADA Formal Complaint to OCR/DOE | [05/21/25] | Disability-discrimination complaint filed with U.S. DOE. | In possession |
| Q | Final Investigative Report | [05/27/25] | Unredacted final report issued after parties' responses. | Placeholder – Requested |
| R | **Final Evidence Review** | [05/27/25] | The last evidence compilation provided before determination; includes all parties' submissions. | In possession |
| S | Notice of Investigation & Allegations | [03/03/25] | Initial NOI letter required by 34 C.F.R. § 106.45(b)(2). | In possession *or* Placeholder |
| T | Rollins 2024-25 Title IX Policy | N/A (policy year) | Governing procedures Rollins was obligated to follow. | In possession |

| | | | | |
|---|---|---|---|---|
| U | Student Code of Community Standards Investigator | N/A | Sections cited in discipline; supports contract & selective-enforcement claims. | In possession |
| V | Conflict-of-Interest Emails | [05/28-06/12/25] | Emails showing D. Stafford's prior defense-side work for Rollins (§ 106.45(b)(1)(iii) violation). | |