Clerk of Court United States District Court Middle District of Florida 401 W. Central Blvd., Suite 1200 Orlando, FL 32801

Patrick J. Mika v. Rollins College – New Civil Action Filing

Dear Clerk:

Enclosed for filing are the following documents to initiate this action:

1. Verified Complaint (with cover page)
2. Civil Cover Sheet (JS-44)
3. Summons for Rollins College (AO-440)
4. Notice of Related Action (Local Rule 1.07)
5. Certificate of Interested Persons and Corporate Disclosure Statement (Local Rule 3.03)
6. **Application to Proceed In Forma Pauperis (AO-240)**

Please issue a signed summons and return a stamped copy of the complaint in the enclosed self-addressed, stamped envelope.

Thank you for your assistance.

Respectfully,

Patrick J. Mika.
_____ Signature