UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

———————————————————————————————— Patrick J. Mika, ) Plaintiff ) v. ) Case No. 6:25-cv-1110-JSS-RMN Rollins College, ) Defendant )

SUMMONS IN A CIVIL ACTION

To: Rollins College

c/o Grant H. Cornwell, President

1000 Holt Avenue

Winter Park, FL 32789

A lawsuit has been filed against you. Within 21 days after service of this summons (excluding the day you received it) you must serve on the plaintiff an answer or a motion under Rule 12. … [boiler-plate continues as in AO-440].

DATE: _____ CLERK OF COURT: _____
(By) DEPUTY CLERK: _____