UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICK J. MIKA
Pro se,

    Plaintiff,

Case No. 6:25-cv-01110-JSS-RMN

v.

ROLLINS COLLEGE,

    Defendant.
_____/

## **NOTICE OF LEAD COUNSEL DESIGNATION**

The undersigned, Kelly DeGance, hereby gives notice as lead counsel for Defendant, Rollins College, pursuant to Local Rule 2.02(a) of the Middle District of Florida.

Dated this 29th day of July 2025.

Respectfully submitted,

**ALEXANDER DEGANCE BARNETT, P.A.**

By: /s/ *Kelly DeGance*
Kelly DeGance
Florida Bar No. 0606022
E-mail: kelly.degance@adblegal.com
Samantha Giudici Berdecia
Florida Bar No. 0058667
E-mail: samantha.giudici@adblegal.com
Joseph Mackey
Florida Bar No. 1025545
E-mail: joseph.mackey@adblegal.com
Email: mailbox@adblegal.com
1500 Riverside Avenue
Jacksonville, Florida 32204

(904) 345-3277 Telephone
(904) 345-3294 Facsimile
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and further served the document by U.S. mail and E-mail to: *Pro Se* Plaintiff, Patrick J. Mika, 2655 Boyd Avenue, Melbourne, FL 32935 (patrick.mika4587@gmail.com).

/s/ *Kelly DeGance*
ATTORNEY